Ann Hobart, Bar No. 019129
Michelle Kunzman, Bar No. 024134
Jordan Kendall, Bar No. 038647
Assistant Attorneys General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone:  (602) 542-8347
Telephone:  (602) 542-7673
Telephone:  (602) 542-7687
Facsimile:   (602) 542-7644
Ann.Hobart@azag.gov
Michelle.Kunzman@azag.gov
Jordan.Kendall@azag.gov
EmploymentLaw@azag.gov

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca Cruz, | Case No:  CV23-02383-PHX-SMM |
| Plaintiff, | **ANSWER TO SECOND AMENDED COMPLAINT (DOC. 33)** |
| vs. | |
| State of Arizona, Department of Transportation, | |
| Defendant. | |

For its Answer to Plaintiff's Second Amended Complaint (doc. 33), Defendant State of Arizona admits, denies, and alleges as follows.  Defendant denies each and every allegation not otherwise admitted or pled.

## JURISDICTION AND VENUE

1.    Answering paragraph 1 of Plaintiff's Second Amended Complaint, Defendant admits this statement.

2.    Answering paragraph 2 of Plaintiff's Second Amended Complaint, Defendant admits this statement.

3.    Answering paragraph 3 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

4.    Answering paragraph 4 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

5.    Answering paragraph 5 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

6.    Answering paragraph 6 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

## **PARTIES**

7.    Answering paragraph 7 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

8.    Answering paragraph 8 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

9.    Answering paragraph 9 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

10.    Answering paragraph 10 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

11.    Answering paragraph 11 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

12.    Answering paragraph 12 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

13.    Answering paragraph 13 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

14.    Answering paragraph 14 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

15.    Answering paragraph 15 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

16.    Answering paragraph 16 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

## GENERAL ALLEGATIONS

17.    Answering paragraph 17 of Plaintiff's Second Amended Complaint, Defendant admits that Plaintiff is a United States military veteran.  Defendant lacks sufficient knowledge or information about the other allegations of this paragraph and therefore denies them.

18.    Answering paragraph 18 of Plaintiff's Second Amended Complaint, Defendant acknowledges that this is Plaintiff's position.

19.    Answering paragraph 19 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

20.    Answering paragraph 20 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

21.    Answering paragraph 21 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

22.    Answering paragraph 22 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

23.    Answering paragraph 23 of Plaintiff's Second Amended Complaint, Defendant lacks sufficient knowledge or information to admit or deny this allegation and therefore denies it.

24.    Answering paragraph 24 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

25.    Answering paragraph 25 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

26.    Answering paragraph 26 of Plaintiff's Second Amended Complaint, Defendant admits to this allegation.

27.    Answering paragraph 27 of Plaintiff's Second Amended Complaint, Defendant admits to this allegation.

28. Answering paragraph 28 of Plaintiff's Second Amended Complaint, lacks sufficient knowledge or information to admit or deny this allegation and therefore denies it.

29. Answering paragraph 29 of Plaintiff's Second Amended Complaint, lacks sufficient knowledge or information to admit or deny this allegation and therefore denies it.

30. Answering paragraph 30 of Plaintiff's Second Amended Complaint, Defendant denies the allegation.

31. Answering paragraph 31 of Plaintiff's Second Amended Complaint, Defendant denies the allegation.

32. Answering paragraph 32 of Plaintiff's Second Amended Complaint, Defendant denies the allegation.

33. Answering paragraph 33 of Plaintiff's Second Amended Complaint, Defendant admits that Plaintiff was advised that if she wanted to be excused from ADOT's proposed hybrid work schedule, she would need to file a request for accommodation based on her disability with ADOT's Civil Rights Office ("CRO"). Defendant denies the remaining allegations of this paragraph.

34. Answering paragraph 34 of Plaintiff's Second Amended Complaint, Defendant admits to this allegation.

35. Answering paragraph 35 of Plaintiff's Second Amended Complaint, Defendant admits to this allegation.

36. Answering paragraph 36 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

37. Answering paragraph 37 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

38. Answering paragraph 38 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

39.   Answering paragraph 39 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

40.   Answering paragraph 40 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

41.   Answering paragraph 41 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

42.   Answering paragraph 42 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

43.   Answering paragraph 43 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

44.   Answering paragraph 44 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

45.   Answering paragraph 45 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

46.   Answering paragraph 46 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

47.   Answering paragraph 47 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

48.   Answering paragraph 48 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

49.   Answering paragraph 49 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

50.   Answering paragraph 50 of Plaintiff's Second Amended Complaint, Defendant admits only that Bosch found and informed ADOT that travel would cause Cruz extreme mental health symptoms.  Defendant denies the remaining allegations of this paragraph.

51.   Answering paragraph 51 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

52. Answering paragraph 52 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

53. Answering paragraph 53 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

54. Answering paragraph 54 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

55. Answering paragraph 55 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

56. Answering paragraph 56 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

57. Answering paragraph 57 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

58. Answering paragraph 58 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

59. Answering paragraph 59 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

60. Answering paragraph 60 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

61. Answering paragraph 61 of Plaintiff's Second Amended Complaint, Defendant denies the allegation.

62. Answering paragraph 62 of Plaintiff's Second Amended Complaint, Defendant denies the allegation.

63. Answering paragraph 63 of Plaintiff's Second Amended Complaint, Defendant admits that Plaintiff submitted an ADIR on April 27, 2022, and denies the remaining allegations of this paragraph.

64. Answering paragraph 64 of Plaintiff's Second Amended Complaint, Defendant admits the allegation.

65. Answering paragraph 65 of Plaintiff's Second Amended Complaint, Defendant admits that Plaintiff met with Danielle Valentine and Krystal Smith from ADOT's CRO on May 16, 2022. Defendant denies the remaining allegations of this paragraph.

66. Answering paragraph 66 of Plaintiff's Second Amended Complaint, Defendant admits that Ms. Valentine and Ms. Smith met with Plaintiff again on May 23, 2022. Defendant denies the remaining allegations of this paragraph.

67. Answering paragraph 67 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

68. Answering paragraph 68 of Plaintiff's Second Amended Complaint, Defendant admits that Plaintiff submitted supplemental documentation supporting her accommodation request. Defendant denies the remaining allegations of this paragraph.

69. Answering paragraph 69 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

70. Answering paragraph 70 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

71. Answering paragraph 71 of Plaintiff's Second Amended Complaint, Defendant states that it was engaging in the interactive process and working on finding an appropriate accommodation for Plaintiff and was not considering an undue hardship defense.

72. Answering paragraph 72 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

73. Answering paragraph 73 of Plaintiff's Second Amended Complaint, Defendant denies the allegation.

74. Answering paragraph 74 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

75. Answering paragraph 75 of Plaintiff's Second Amended Complaint, Defendant lacks knowledge or information sufficient to admit or deny this allegation and therefore denies this allegation.

76. Answering paragraph 76 of Plaintiff's Second Amended Complaint, Defendant admits that Plaintiff approached Lisa Ponder but denies the remaining allegations of this paragraph.

77. Answering paragraph 77 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

78. Answering paragraph 78 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

79. Answering paragraph 79 of Plaintiff's Second Amended Complaint, Defendant lacks knowledge or information sufficient to admit or deny this allegation and therefore denies it.

80. Answering paragraph 80 of Plaintiff's Second Amended Complaint, Defendant states that Plaintiff did not apply for either position so there was no occasion to interview her.

81. Answering paragraph 81 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

82. Answering paragraph 82 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

83. Answering paragraph 83 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

84. Answering paragraph 84 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

85. Answering paragraph 85 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

86. Answering paragraph 86 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

87. Answering paragraph 87 of Plaintiff's Second Amended Complaint, Defendant denies that Ward treated Plaintiff differently after she requested her accommodation.

88. Answering paragraph 88 of Plaintiff's Second Amended Complaint, Defendant admits the allegation.

89. Answering paragraph 89 of Plaintiff's Second Amended Complaint, Defendant admits the allegation.

90. Answering paragraph 90 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

91. Answering paragraph 91 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

92. Answering paragraph 92 of Plaintiff's Second Amended Complaint, Defendant admits the allegation.

93. Answering paragraph 93 of Plaintiff's Second Amended Complaint, Defendant denies the allegation.

94. Answering paragraph 94 of Plaintiff's Second Amended Complaint, Defendant denies the allegation.

95. Answering paragraph 95 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

96. Answering paragraph 96 of Plaintiff's Second Amended Complaint, Defendant lacks knowledge or information sufficient to admit or deny this allegation and therefore denies it.

97. Answering paragraph 97 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

98. Answering paragraph 98 of Plaintiff's Second Amended Complaint, Defendant admits that the employee made this statement but avers that the statement was based on nothing but the employee's speculation.

99. Answering paragraph 99 of Plaintiff's Second Amended Complaint, Defendant denies the allegation.

100. Answering paragraph 100 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

101. Answering paragraph 101 of Plaintiff's Second Amended Complaint, Defendant admits that Cruz met with CRO in June 2023 and denies the remaining allegations of this paragraph.

102. Answering paragraph 102 of Plaintiff's Second Amended Complaint, Defendant denies these allegations.

103. Answering paragraph 103 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

104. Answering paragraph 104 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

105. Answering paragraph 105 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

106. Answering paragraph 106 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

107. Answering paragraph 107 of Plaintiff's Second Amended Complaint, Defendant denies this allegation. Defendant granted Plaintiff's request for full-time telework on an ongoing basis on October 6, 2023, but Plaintiff did not filed this complaint until November 14, 2023.

108. Answering paragraph 108 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

## COUNT I

### (ADA - Discrimination on the Basis of Disability)

109. Answering paragraph 109 of Plaintiff's Second Amended Complaint, Defendant states that this is not a factual allegation and therefore does not require a response.

10

110. Answering paragraph 110 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

111. Answering paragraph 111 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

112. Answering paragraph 112 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

113. Answering paragraph 113 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

114. Answering paragraph 114 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

115. Answering paragraph 115 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

116. Answering paragraph 116 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

117. Answering paragraph 117 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

118. Answering paragraph 118 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

119. Answering paragraph 119 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

120. Answering paragraph 120 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

121. Answering paragraph 121 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

122. Answering paragraph 122 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

123. Answering paragraph 123 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

124. Answering paragraph 124 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

125. Answering paragraph 125 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

## COUNT II

### (ACRA – Discrimination on the Basis of Disability)

126. Answering paragraph 126 of Plaintiff's Second Amended Complaint, Defendant states that this is not a factual allegation and therefore does not require a response.

127. Answering paragraph 127 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

128. Answering paragraph 128 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

129. Answering paragraph 129 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

130. Answering paragraph 130 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

131. Answering paragraph 131 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

132. Answering paragraph 132 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

133. Answering paragraph 133 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

134. Answering paragraph 134 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

135. Answering paragraph 135 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

136. Answering paragraph 136 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

137. Answering paragraph 137 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

## COUNT III

### (Rehabilitation Act – Discrimination on the Basis of Disability)

138. Answering paragraph 138 of Plaintiff's Second Amended Complaint, Defendant states that this is not a factual allegation and therefore does not require a response.

139. Answering paragraph 139 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

140. Answering paragraph 140 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

141. Answering paragraph 141 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

142. Answering paragraph 142 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

143. Answering paragraph 143 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

144. Answering paragraph 144 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

145. Answering paragraph 145 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

146. Answering paragraph 146 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

## COUNT IV

### (ADA - Failure to Provide Reasonable Accommodation)

147. Answering paragraph 147 of Plaintiff's Second Amended Complaint, Defendant states that this is not a factual allegation and therefore does not require a response.

148. Answering paragraph 148 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

149. Answering paragraph 149 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

150. Answering paragraph 150 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

151. Answering paragraph 151 of Plaintiff's Second Amended Complaint, Defendant admits that Plaintiff requested the accommodation of permanent remote work but denies the remaining allegations of this paragraph.

152. Answering paragraph 152 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

153. Answering paragraph 153 of Plaintiff's Second Amended Complaint, Defendant admits that it has allowed Plaintiff to work 100% remotely since the inception of her employment and to this day.  Defendant denies the remaining allegations of this paragraph.

154. Answering paragraph 154 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

155. Answering paragraph 155 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

156. Answering paragraph 156 of Plaintiff's Second Amended Complaint, Defendant states that it was engaging in the interactive process and working on finding an appropriate accommodation for Plaintiff and was not considering an undue hardship defense.

157.    Answering paragraph 157 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

158.    Answering paragraph 158 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

159.    Answering paragraph 159 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

160.    Answering paragraph 160 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

## COUNT V

### (ACRA – Failure to Provide Reasonable Accommodation)

161.    Answering paragraph 161 of Plaintiff's Second Amended Complaint, Defendant states that this is not a factual allegation and therefore does not require a response.

162.    Answering paragraph 162 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

163.    Answering paragraph 163 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

164.    Answering paragraph 164 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

165.    Answering paragraph 165 of Plaintiff's Second Amended Complaint, Defendant admits that Plaintiff requested the accommodation of permanent remote work but denies the remaining allegations of this paragraph.

166.    Answering paragraph 166 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

167.    Answering paragraph 167 of Plaintiff's Second Amended Complaint, Defendant admits that it has allowed Plaintiff to work 100% remotely since the inception of her employment and to this day.  Defendant denies the remaining allegations of this paragraph.

15

168. Answering paragraph 168 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

169. Answering paragraph 169 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

170. Answering paragraph 170 of Plaintiff's Second Amended Complaint, Defendant states that it was engaging in the interactive process and working on finding an appropriate accommodation for Plaintiff and was not considering an undue hardship defense.

171. Answering paragraph 171 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

172. Answering paragraph 172 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

173. Answering paragraph 173 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

174. Answering paragraph 174 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

## COUNT VI

### (ADA - Retaliation)

175. Answering paragraph 175 of Plaintiff's Second Amended Complaint, Defendant states that this is not a factual allegation and therefore does not require a response.

176. Answering paragraph 176 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

177. Answering paragraph 177 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

178. Answering paragraph 178 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

16

179. Answering paragraph 179 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

180. Answering paragraph 180 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

## COUNT VII

### (ACRA - Retaliation)

181. Answering paragraph 181 of Plaintiff's Second Amended Complaint, Defendant states that this is not a factual allegation and therefore does not require a response.

182. Answering paragraph 182 of Plaintiff's Second Amended Complaint, Defendant admits this allegation.

183. Answering paragraph 183 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

184. Answering paragraph 184 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

185. Answering paragraph 185 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

186. Answering paragraph 186 of Plaintiff's Second Amended Complaint, Defendant denies this allegation.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to mitigate her alleged damages.

2. All of Defendant's actions toward Plaintiff were based on legitimate, non-discriminatory and non-retaliatory reasons.

3. The Eleventh Amendment bars suits for monetary damages against states and state officials under Title I of the Americans with Disabilities Act ("ADA"). *Bd. of Trustees of the Univ. of Al. v. Garrett*, 531 U.S. 356, 360, 374 (2001). Therefore, each of Plaintiff's claims arising under ADA Title I and seeking only monetary damages are barred by the Eleventh Amendment.

17

4.      Plaintiff is not entitled to punitive damages against the State.

5.      Plaintiff has failed to state a claim on which relief can be granted.

6.      Plaintiff's claims may be barred by other affirmative defenses contemplated by Rules 8 and 12 of the Federal Rules of Civil Procedure.  The extent to which Plaintiff's claims may be barred by one or more of such affirmative defenses cannot be determined until Defendant has had an opportunity to complete discovery. Therefore Defendant incorporates all such affirmative defenses as though fully set forth herein.

Respectfully submitted this 27th day of June, 2024.

Arizona Attorney General's Office

/s/  Ann Hobart
Ann Hobart
Michelle Kunzman
Jordan Kendall
Assistant Attorneys General
Attorneys for Defendants

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing this 27th day of June, 2024, and service on:

Troy Froderman
Rita Gara
FR Law Group, PLLC
4745 N. 7th Street, Suite 310
Phoenix, AZ 85014
trfroderman@frlawgroup.com
rgara@frlawgroup.com
sfrith@frlawgroup.com
Attorneys for Plaintiff

COPY MAILED this 27th day of June, 2024, to:

The Honorable Stephen M. McNamee
U.S. District Court, Suite 423
401 W. Washington Street, SPC 60
Phoenix, AZ 85003-2158

/s/ Deb Sawyer
#12101813

18